IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 05-10184-01-WEB |
| V. ) | |
| ) | |
| JAMES S. TAYLOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## **FINAL ORDER OF FORFEITURE**

WHEREAS, on April 4, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, 2253, based upon a plea agreement entered into with the above defendant on where in the defendant plead guilty to Counts 1, 2 and 10 of the property alleged to be subject to forfeiture in the Indictment.

AND WHEREAS, on May 17, May 24, and May 31, 2006, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no other claims, contested or otherwise, have been filed for any of the property described in this Court's Preliminary Order of Forfeiture.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The right, title and interest of all persons to all of the hereinafter described personal property of the defendant, James S. Taylor, is hereby condemned, forfeited to and vested in the United States of America, and shall be disposed of according to law.

2. The following property is hereby condemned and forfeited to the United States of America, as follows:

    a. One HP laptop computer, 60 gig Hitachi, serial number CNF3270JBB; also identified by number cw495AG01779.

SO ORDERED this 13th day of July, 2006.

        s/Wesley E. Brown
        WESLEY E. BROWN
        UNITED STATES DISTRICT JUDGE